Luther MARTIN *v.* STATE of Arkansas

CR 93-1314                                         868 S.W.2d 466

Supreme Court of Arkansas
Opinion delivered January 10, 1994

*Jim Pedigo*, for appellant.

No response.

PER CURIAM. Luther Martin, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Jim Pedigo, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.